FILED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JORGE RODRIGUEZ-RAMOS,<br>   aka Jose Reyes Martinez, Jr.,<br><br>   Defendant. | Criminal Case No. 08CR0742-LAB<br><br><u>I N F O R M A T I O N</u><br><br>Title 18, U.S.C., Sec. 1001 -<br>False Statement to a Federal<br>Officer (Felony) |

The United States Attorney charges:

On or about February 16, 2008, within the Southern District of California, defendant JORGE RODRIGUEZ-RAMOS, in a matter within the jurisdiction of the Department of Homeland Security, Bureau of Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a Customs and Border Protection Officer that his name was Jose Martinez, whereas in truth and fact, as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: March 13, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

*(signed)* for CAROLINE P. HAN
Assistant U.S. Attorney

CPH:pcf
2/27/08