AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 13 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA

v.

JORGE RODRIGUEZ-RAMOS
aka Jose Reyes Martinez, Jr.

**WAIVER OF INDICTMENT**

08CR0742-LAB

CASE NUMBER: 08 mj 6455

I, JORGE RODRIGUEZ-RAMOS aka Jose Reyes Martinez, Jr, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  3/13/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jorge Rodriguez
JORGE RODRIGUEZ-RAMOS
Defendant

SYLVIA BAIZ
Counsel for Defendant

Before _____
JUDICIAL OFFICER